**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY HANK JACKSON, ADC #116369**                    **PLAINTIFF**

**V.**                      **No. 4:12CV00137 SWW**

**NEVADA COUNTY SHERIFF'S DEPARTMENT**                    **DEFENDANT**

**ORDER**

Timothy Hank Jackson, an Arkansas Department of Correction inmate, filed a Complaint under 42 U.S.C. § 1983, on March 2, 2012, along with an Application to Proceed *In Forma Pauperis.* (Docket entries #1 & #2) Mr. Jackson alleges that his constitutional rights were violated in the course of his arrest in Prescott, Arkansas, by Nevada County sheriff's deputies. According to the Complaint, all events giving rise to this lawsuit occurred in Prescott, Arkansas, which lies in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, Texarkana Division, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Texarkana Division, 500 North State Line Avenue, Room 302, Texarkana, Arkansas 71854.

IT IS SO ORDERED this 13th day of March 2012.

                                   /s/Susan Webber Wright
                                   UNITED STATES DISTRICT JUDGE